## David A. Welsh v. Alonzo B. Carrier and others.

*Settlement: Stipulation: Counsel: Notice: Default: Costs.* Where there has been a settlement between the parties and a stipulation for the dismissal of a writ of error, the plaintiff in error will not be in default so as to be made liable for costs for failure to notify counsel for the opposite party who have never appeared in the cause except for a special purpose, of the settlement and stipulation.

*Heard and decided April 8.*

Error to Benzie Circuit.

When this cause came on to be heard, counsel for plaintiff in error called attention to a stipulation on file signed by the plaintiff in error, and by at least one of the defendants in error, for a dismissal of the writ of error. Counsel for defendants in error, on a showing that he had had no notice of such stipulation, and had noticed the case in good faith and prepared for the hearing, moved for costs. It appeared, however, that the counsel for the defendants in error had never appeared in the cause, except specially to move for a dismissal of the writ for want of notice.

*Ramsdell & Benedict,* for plaintiff in error.

*S. W. Fowler,* for defendants in error.

THE COURT held that the plaintiff in error was not in default for not giving notice of the settlement and stipulation to counsel for the opposite party, who had never appeared generally in the cause, and could not therefore be mulcted in costs, and that under the stipulation the writ must be dismissed without costs.